Jeffery BROADWAY, Plaintiff–
Appellant,

v.

LYNN, Correctional Sergeant; et al., Defendants–Appellees.

No. 09–17108.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2013.*

Filed June 14, 2013.

Jeffery Broadway, pro se.

Before: HAWKINS, McKEOWN, and BERZON, Circuit Judges.

MEMORANDUM ***

California state prisoner Jeffery Broadway appeals pro se from the district court's judgment dismissing his 42 U.S.C.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 1983 action alleging excessive force and other claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(A), *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed Broadway's excessive force claim because Broadway failed to allege facts sufficient to show that defendants maliciously and sadistically used force against him for the very purpose of causing him harm. *See Whitley v. Albers*, 475 U.S. 312, 319–21, 106 S.Ct. 1078, 89 L.Ed.2d 251 (1986) (setting forth elements of excessive force claim).

Broadway's contentions regarding alleged due process violations are unpersuasive.

Broadway's motion for appointment of counsel, submitted with his opening brief, is denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.